Dismissed and Memorandum Opinion filed March 4, 2004









Dismissed and Memorandum Opinion filed March 4, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00234-CV

____________

 

RICHARD E.
COUCH, SR., Appellant

 

V.

 

UNIVERSITY OF
TEXAS MEDICAL BRANCH, U.T.M.B. DOCTOR, U.T.M.B. INSURANCE CARRIER, TEXAS
DEPARTMENT OF CRIMINAL JUSTICEBINSTITUTIONAL DIVISION, DIRECTOR, T.D.C.J.BI.D. INSURANCE CARRIER, STATE OF
TEXAS, Appellees

 



 

On Appeal from the 56th District
Court

Galveston
County, Texas

Trial Court Cause No.
02CV0362

 



 

M E M O R A N D U M  O
P I N I O N

This is an appeal from a judgment signed January 10,
2003.  The clerk=s record was filed on March 11,
2003.  No reporter=s record was filed.  No brief was filed.








On January 8, 2004, this Court issued an order stating that
unless appellant submitted his brief, together with a motion reasonably
explaining why the brief was late, on or before February 9, 2004, the Court
would dismiss the appeal for want of prosecution.  See Tex.
R. App. P. 42.3(b).

Appellant filed no response.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

Judgment rendered and Memorandum
Opinion filed March 4, 2004.

Panel consists of Justices Yates,
Anderson and Hudson.